UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - CAMDEN

| | |
|---|---|
| RODNEY WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>SENTEL CORPORATION, PAUL TOM, individually and in his capacity as a supervisory employee of SENTEL; JOHN AND JANE DOES (1-10), supervisors, employees, agents, heirs, assigns and managers of Sentel Corporation, who participated in any decisions concerning the employment actions regarding Rodney Williams,<br><br>   Defendants, | CIVIL ACTION NO. 1:16-cv-01554-JHR-JS<br><br>CIVIL ACTION<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>[Local Civil Rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which Defendants Paul Tom and Sentel Corporation may answer, move or otherwise reply to the Complaint filed by Plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Notice of Removal filed on <u>March 21, 2016</u>; and
3. Time to Answer, Move or otherwise Reply expires on <u>March 31, 2016</u>.

DALY, LAMASTRA, CUNNINGHAM, KIRMSER & SKINNER
202 Hall's Mill Road
PO Box 1675
Whitehouse Station, NJ 08889-1675
(908) 572-3600
Attorneys for Defendants
Paul Tom and Sentel Corporation

By: _/s/ Ellen M. Boyle_____
   Ellen M. Boyle

ORDER

The above application is ORDERED GRANTED extended to _____.   ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
   Deputy Clerk